**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-7783**

_____

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

     v.

YULIAN CARILLO-TAMAYO, a/k/a Frank,

              Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. Margaret B. Seymour, Senior District Judge. (5:12-cr-00563-MBS-2)

_____

Submitted: February 23, 2016     Decided: February 26, 2016

_____

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Yulian Carillo-Tamayo, Appellant Pro Se. Stanley D. Ragsdale, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yulian Carillo-Tamayo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Carillo-Tamayo</u>, No. 5:12-cr-00563-MBS-2 (D.S.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>